### WASH FOOTMAN v. STATE OF FLORIDA

| | |
|---|---|
| 23 So. (2nd) 838 | June Term, 1945 |
| November 2, 1945 | Division A |
| Rehearing denied Dec. 17, 1945 | |

*Hendricks & Hendricks,* for appellant.

*J. Tom Watson,* Attorney General, and *Reeves Bowen,* Assistant Attorney General, for appellee.

PER CURIAM:

The record and the briefs in this case have been carefully examined and we find no reversible error.

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.